THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Donald W. Robinson,       
Appellant.
 
 
 

Appeal From Charleston County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2003-UP-301
Submitted February 20, 2003  Filed 
 May 1, 2003   

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; all of Columbia; Ralph E. Hoisington, of Charleston; for Respondent.
 
 
 

PER CURIAM:  Donald W. Robinson appeals 
 his conviction for first degree burglary.  Robinsons appellate counsel has 
 petitioned to be relieved as counsel, stating he has reviewed the record and 
 has concluded Robinsons appeal is without merit.  The issue briefed by counsel 
 concerns whether the trial court erred in overruling the motion for a directed 
 verdict by the defense  Robinson has not filed any documents  with this court 
 on his own behalf.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Robinsons 
 appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and CURETON and GOOLSBY,
JJ., concur.

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.